**United States District Court**
For the Eastern District of Michigan
Theodore Levin United States Courthouse
231 West Lafayette Blvd. Room 851
Detroit, Michigan 48226

(313) 234-5125

RECEIVED
2005 JUN 14 A 10: 55
FINANCIAL DISCLOSURE OFFICE

CHAMBERS OF
**JOHN FEIKENS**
DISTRICT JUDGE

June 7, 2004

The Honorable Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, NE
Washington, D.C. 20544

     Re:    Calendar Year 2003 Filing

Dear Judge Lisi:

     Thank you for your letter of May 18, 2004 raising points of clarification for my 2003 Financial Disclosure Report.

     My Report is enclosed with the modifications as noted.

     First, in Part VII, page 1, lines 3 and 8, both "Comerica Bank" and "Franklin MI Ins Fund" meet the asset size requirement for reporting both value and income but do not have reportable transactions of $1,000 or more. Therefore, I have asked my accountant to delete the transaction reporting for each.

     Second, in Part VII, page 1, line 11, "Nuveen Tax-Free Unit Trust" has now been delineated with an (X) to denote that the asset had both a value and income below the reporting level in the prior year. This item will not be reported in the 2004 Financial Disclosure Report as the event noted was a terminating distribution.

     Finally, Part VII, page 1, line 12, "Airtran Holdings Inc." now reflects "None" for the amount of income in column B(2).

     Please feel free to call me at (313) 234-5125 if you or your staff should have any further questions or if I may provide further clarification.

               Sincerely,

               John Feikens

Enclosure

| AO-10<br>Rev. 1/2002 | **FINANCIAL DISCLOSURE REPORT**<br><br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Feikens, John | 2. Court or Organization<br><br>US District Ct/ED of Michigan | 3. Date of Report<br><br>4/6/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US District Judge/Sr. Status | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>Theodore Levin US Courthouse<br>231 W. Lafayette, Rm 851<br>Detroit, MI 48226 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED 2005 JUN 14 A 10: 5: FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Feikens, John | 4/6/2004 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION | |
|---|---|---|---|
| 1. | | | |

## V. GIFTS.  (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE  - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Bayview Yacht Club | Guest Membership | $300 |

## VI. LIABILITIES.  (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Countrywide Home Loans | Mortgage (co-signed) secured by property of ███ | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Feikens, John | 4/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A -H) | (2)<br>Type (e.g. div. rent. or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ▮▮▮ Residual Trust-see att'd | B | Dividend | L | T | | | | | |
| 2. Charter One Bank (formerly First Federal Bank of Detroit) | A | Interest | K | T | | | | | |
| 3. Comerica Bank | C | Interest | M | T | | | | | |
| 4. Bank One | D | Interest | K | T | | | | | |
| 5. Raymond James (formerly Roney & Co., CEF Gov't Sec F) | | None | J | T | | | | | |
| 6. Kemper Income Trust (now cust. Bank of NY, InsNatTr A04) | A | Interest | J | U | | | | | |
| 7. MICH IMIT Mun Inv Trust (now cust. Bank of NY, VanKampen) | B | Interest | J | U | | | | | |
| 8. Franklin MI Ins Fund | C | Interest | M | U | | | | | |
| 9. Minnesota Mining & Mfg. | A | Dividend | K | U | | | | | |
| 10. Ann Arbor Properties XIII | C | Distribution | L | U | | | | | |
| 11. Nuveen Tax-free Unit Trust (X) | A | Distribution | | | Term Dist | 04-22 | J | A | |
| 12. Airtran Holdings Inc. | | None | J | T | Buy | 12/31 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | V = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part VII. Page 1 Investments and Trusts

██████ RESIDUAL TRUST --Nondivisible Shares

As in prior years, information pertaining to a residual trust arrangement has been included in the spirit of full disclosure for an entity in which ████████ ██████ has a role as trustee and residual heir as opposed to rights with respect to specific, underlying assets. The assets of the Trust continue to be held for the primary benefit of another who is not ████████. Accordingly, I report a value intended to reflect a residual interest.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date _June 7, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10<br>Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Feikens, John | 2. Court or Organization<br><br>US District Ct/ED of Michigan | 3. Date of Report<br><br>4/6/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior st tus;<br>magistrate judges indicate full- or part-time)<br><br>US District Judge/Sr. Status | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ◉ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>Theodore Levin US Courthouse<br><br>231 W. Lafayette, Rm 851<br><br>Detroit, MI 48226 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Bayview Yacht Club | Guest Membership | $300 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Countrywide Home Loans | Mortgage (co-signed) secured by property of ▮▮▮▮ | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Feikens, John | 4/6/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ███ Residual Trust-see att'd | B | Dividend | L | T | | | | | |
| 2. Charter One Bank (formerly First Federal Bank of Detroit) | A | Interest | K | T | | | | | |
| 3. Comerica Bank | C | Interest | M | T | Investment | Var | L | | |
| 4. Bank One | D | Interest | K | T | | | | | |
| 5. Raymond James (formerly Roney & Co., CEF Gov't Sec F) | | None | J | T | | | | | |
| 6. Kemper Income Trust (now cust. Bank of NY, InsNatTr A04) | A | Interest | J | U | | | | | |
| 7. MICH IMIT Mun Inv Trust (now cust. Bank of NY, VanKampen) | B | Interest | J | U | | | | | |
| 8. Franklin MI Ins Fund | C | Interest | M | U | Investment | Var | L | | |
| 9. Minnesota Mining & Mfg. | A | Dividend | K | U | | | | | |
| 10. Ann Arbor Properties XIII | C | Distribution | L | U | | | | | |
| 11. Nuveen Tax-free Unit Trust | A | Distribution | | | Term Dist | 04-22 | J | A | |
| 12. Airtran Holdings Inc. | | | J | T | Buy | 12/31 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Feikens, John | 4/6/2004 |

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part VII. Page 1 Investments and Trusts

RESIDUAL TRUST --Nondivisible Shares

As in prior years, information pertaining to a residual trust arrangement has been included in the spirit of full disclosure for an entity in which a ▉▉▉▉
member has a role as trustee and residual heir as opposed to rights with respect to specific, underlying assets. The assets of the Trust continue to be held
for the primary benefit of another who is not a ▉▉▉member. Accordingly, I report a value intended to reflect a residual interest.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Feikens, John | 4/6/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _April 19, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544